IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A Brimmer**

Civil Action No. 14-cv-02478-PAB

BAKARI DARNELL MACKEY,

    Applicant,

v.

COZZA-RHODES, Warden,

    Respondent.

## ORDER FOR RESPONSE

An Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 has been filed by Petitioner, Bakari Darnell Mackey [Docket No. 1]. On March 12, 2015, Petitioner filed a Motion for Leave of Court to Expand the Record [Docket No. 20]. It is

**ORDERED** that Respondent show cause **within twenty-one days from the date of this Order** why the Motion should not be granted. It is further

**ORDERED** that Petitioner shall remain in custody until further order.

DATED May 27, 2015.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge